Steven J. Parsons
Nevada State Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 – fax
Steve@SJPLawyer.com

Attorney for Plaintiff
NEVADA TITLE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TITLE COMPANY, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants.<br>_____/ | Case No. 2:18-cv-1823-JAD-(VCF)<br><br>CERTIFICATE OF INTERESTED PARTIES <u>PURSUANT TO LOCAL RULE 7-1.1</u> |

    Plaintiff, NEVADA TITLE COMPANY, a Nevada corporation, by its attorney, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS hereby certifies that the following may have a direct, pecuniary interest in the outcome of this case: Terrence L. Wright, Nevada Title Company, Robbie D. Graham, and Jeffrey Harris.

    These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

    Dated: Monday, September 24, 2018.

                                  LAW OFFICES OF STEVEN J. PARSONS

                                  /s/ Steven J. Parsons
                                  STEVEN J. PARSONS
                                  Nevada Bar No. 363

                                  Attorneys for Plaintiff
                                  NEVADA TITLE COMPANY

