Michael W. Melendez
Nevada Bar No. 6741
Theresa Mae Rutledge
*Pro Hac Vice Application to be Filed*
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel:    415.644.0914
Fax:    415.644.0978
Email:  mmelendez@cozen.com
        trutledge@cozen.com

Richard C. Mason
*Pro Hac Vice Application to be Filed*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:    215.665.2000
Fax:    215.665.2013
Email:  rmason@cozen.com

Designation for Service Only:
Delanoy, Schuetze, McGaha & Provost
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106

Attorneys for Defendant,
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No.: 2:18-cv-1823 GMN-VCF<br><br>**STIUPLATION AND TO EXTEND TIME FOR ACE AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br>*(FIRST REQUEST)*<br><br>**U.S. DIST. NV. L.R. IA 6-1** |

WHEREAS, this is the first request for an extension of the deadline for Defendant ACE American Insurance Company ("ACE") to answer the Complaint by Plaintiff Nevada Title Company ("NTC");

WHEREAS, filed NTC filed its Complaint against ACE on September 12, 2018;

WHEREAS, ACE removed the action to this Court on September 20, 2018;

WHEREAS, ACE's Answer to the Complaint is due on October 11, 2018 (*see* ECF No. 6);

WHEREAS, counsel for NTC and ACE have met and conferred regarding ACE's response deadline, and ACE has requested further time to answer the Complaint, which includes specific allegations concerning several underlying actions;

WHEREFORE, NTC and ACE hereby stipulate that: ACE shall have up to and until **November 13, 2018** to answer NTC's Complaint.

Dated: October 4, 2018

By: */s/ Michael W. Melendez*
MICHAEL W. MELENDEZ
Nevada Bar No. 6741
THERESA MAE RUTLEDGE
*Pro Hac Vice Application to be Filed*
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com
Email: trutledge@cozen.com

RICHARD C. MASON
*Pro Hac Vice Application to be Filed*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215.665.2000
Fax: 215.665.2013
Email: rmason@cozen.com

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

Dated: October 4, 2018

By: */s/ Steven J. Parsons*
STEVEN J. PARSONS
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Drive, Suite 200
Las Vegas NV 89145-8868
Tel: 702.384.9900
Fax: 702.384.5900
Email:Steve@SJPlawyer.com

Attorneys for Plaintiff
NEVADA TITLE COMPANY

/ / /

**ORDER**

Based on the stipulation by parties, it is ordered that ACE American Insurance Company shall have up to and until **November 13, 2018** to answer Nevada Title Company's Complaint.

IT IS SO ORDERED.

Dated: October 4, 2018

_____
U.S. Magistrate Judge