1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 – (fax)
   Steve@SJPlawyer.com
5
   Attorney for Plaintiff
6  **NEVADA TITLE COMPANY**

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

| | |
|---|---|
| 9  **NEVADA TITLE COMPANY**, a Nevada corporation, | Case No. **2:18-cv-1823-GMN-(VCF)** |
| 10     Plaintiff, | **THE PARTIES STIPULATION and (PROPOSED) ORDER TO ENLARGE TIME FOR PLAINTIFF and COUNTER-DEFENDANT TO RESPOND TO DEFENDANT and COUNTER-CLAIMANT'S COUNTER-CLAIM** |
| 11  vs. | |
| 12  **ACE AMERICAN INSURANCE COMPANY**, a Pennsylvania corporation, | |
| 13 | (First Request) |
| 14     Defendant. _____/ | |
| 15  **ACE AMERICAN INSURANCE COMPANY**, a Pennsylvania corporation, | |
| 16     Counter-Complainant, | |
| 17  vs. | |
| 18  **NEVADA TITLE COMPANY**, a Nevada corporation, | |
| 19 | |
| 20     Counter-Defendant. _____/ | |

21     Plaintiff and Counter-defendant, **NEVADA TITLE COMPANY**, ("NTC") by its counsel, Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, and Defendant and Counter-claimant, **ACE AMERICAN INSURANCE COMPANY**, ("ACE American") by its counsel Richard C. Mason, of COZEN O'CONNOR, hereby stipulate and agree that NTC shall have to and including Friday, December 21, 2018 to respond to ACE American's Counter-claim.

    This Stipulation between the parties to allow NTC an additional twenty-one (21) days



to respond to the Counter-claim is the first such request, and is not simply for the purposes of delay.

Dated: November 29, 2018.

| LAW OFFICES OF STEVEN J. PARSONS | COZEN O'CONNOR |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Richard C. Mason<br>RICHARD C. MASON |
| Attorney for Plaintiff and Counter-defendant **NEVADA TITLE COMPANY** | Attorney for Defendant and Counter-claimant<br>**ACE AMERICAN INSURANCE COMPANY** |

**ORDER**

**IT IS SO ORDERED.**

Dated: November 30, 2018.

_____
U.S. MAGISTRATE JUDGE

