Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 – (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
NEVADA TITLE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TITLE COMPANY, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant.<br>_____/<br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Counter-Complainant,<br><br>vs.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>    Counter-Defendant.<br>_____/ | Case No. 2:18-cv-1823-GMN-(VCF)<br><br>THE PARTIES STIPULATION and (PROPOSED) ORDER<br>TO ENLARGE TIME FOR PLAINTIFF and COUNTER-DEFENDANT TO RESPOND TO DEFENDANT and COUNTER-CLAIMANT'S COUNTER-CLAIM<br>(Second Request) |

Plaintiff and Counter-defendant, NEVADA TITLE COMPANY, ("NTC") by its counsel, Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, and Defendant and Counter-claimant, ACE AMERICAN INSURANCE COMPANY, ("ACE American") by its counsel Richard C. Mason, of COZEN O'CONNOR, hereby stipulate and agree that NTC shall have to and including Friday, January 18, 2018 to respond to ACE American's Counter-claim.

This Stipulation between the parties to allow NTC an additional time to respond to the



Counter-claim is the second such request; Plaintiff asserts it is necessitated by the change of circumstances of certain individuals within Plaintiff; it is necessitated by review of the proposed response by management of Plaintiff; and is not simply for the purposes of delay.

Dated: Tuesday, January 8, 2019.

| Law Offices of Steven J. Parsons | Cozen O'Connor |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363<br><br>Attorney for Plaintiff and Counter-defendant NEVADA TITLE COMPANY | /s/ Richard C. Mason<br>RICHARD C. MASON<br><br>Attorney for Defendant and Counter-claimant<br>ACE AMERICAN INSURANCE COMPANY |

ORDER

IT IS SO ORDERED.

Dated: 1-8-2019 .

_____
U.S. MAGISTRATE JUDGE

