Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 – (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
NEVADA TITLE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br>_____/<br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Counter-Complainant,<br><br>vs.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Counter-Defendant.<br>_____/ | Case No. 2:18-cv-1823-GMN-(VCF)<br><br>THE PARTIES STIPULATION and (PROPOSED) ORDER<br>TO ENLARGE TIME FOR PLAINTIFF and COUNTER-DEFENDANT TO RESPOND TO DEFENDANT and COUNTER-CLAIMANT'S MOTION TO MODIFY SCHEDULING ORDER TO PHASE DISCOVERY AND SCHEDULE DISPOSITIVE MOTIONS ON CLAIMS RELATING TO NTC'S PRIOR KNOWLEDGE (Doc No. 31)<br>(First Request) |

Plaintiff and Counter-defendant, NEVADA TITLE COMPANY, ("NTC") by its counsel, Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, and Defendant and Counter-claimant, ACE AMERICAN INSURANCE COMPANY, ("ACE American") by its counsel Richard C. Mason, of COZEN O'CONNOR, hereby stipulate and agree that NTC shall have to and including Monday, March 25, 2019 to respond to ACE American's Motion to Modify Scheduling Order (Doc. No. 31).



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 2

This Stipulation between the parties to allow NTC an additional time to respond to the Motion to Modify Scheduling Order is the first request. Plaintiff needs additional due diligence, upon the preparation of Plaintiff's responses to the written discovery requests from Defendant. This stipulation is not posed simply for the purposes of delay.

Dated: Friday, March 8, 2019.

| LAW OFFICES OF STEVEN J. PARSONS | COZEN O'CONNOR |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Richard C. Mason<br>RICHARD C. MASON |
| Attorney for Plaintiff and Counter-defendant NEVADA TITLE COMPANY | Attorney for Defendant and Counter-claimant<br>ACE AMERICAN INSURANCE COMPANY |

## ORDER

IT IS SO ORDERED.

Dated: 3-11-2019.

_____
U.S. MAGISTRATE JUDGE

