# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| NEVADA TITLE COMPANY, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cv-01823-GMN-VCF |
| ACE AMERICAN INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

Before the court is Ace American Insurance Company's Motion to Modify Scheduling Order to Phase Discovery and Schedule Dispositive Motions on Claims Relating to NTC's Prior Knowledge, and Memorandum of Points and Authorities in Support Thereof (ECF NO. 37).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Ace American Insurance Company's Motion to Modify Scheduling Order to Phase Discovery and Schedule Dispositive Motions on Claims Relating to NTC's Prior Knowledge, and Memorandum of Points and Authorities in Support Thereof (ECF NO. 37) is scheduled for 10:00 AM, June 13, 2019, in Courtroom 3D..

DATED this 5th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE