Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3735 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:     702.470.2370
Email:  mmelendez@cozen.com

Attorneys for Defendant and Counter Claimant,
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TITLE COMPANY, a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:18-cv-01823-GMN-(VCF)<br><br>**STIPULATION AND (PROPOSED) ORDER RE SUBMISSION OF REVISED PROPOSAL FOR DISCOVERY PLAN AND SCHEDULING ORDER PENDING MEDIATION EFFORTS**<br><br>(Fourth Request) |

WHEREAS, plaintiff and counter-defendant Nevada Title Company and defendant and cross-claimant ACE American Insurance Company (collectively, the "Parties") are currently mediating their dispute before Judicate West's Edwin A. Oster, Esq.;

WHEREAS, mediation could result in resolution of the dispute between the Parties or a narrowing of the issues;

WHEREAS, counsel for NTC reside in California and Nevada and counsel for ACE reside in California and Pennsylvania, and the witnesses reside and do business in various states across the country;

///

WHEREAS, the COVID-19 pandemic has resulted in a national state of emergency, states of emergency in Nevada and California, and orders requiring citizens to stay in their homes or places of residence except to perform or obtain essential services;

WHEREAS, even preparation of the Parties' designated witnesses presents logistical and other problems relating to travel, exposing the Parties' witnesses and counsel to heightened COVID-19 risks;

WHEREAS, the United States District Court, District of Nevada, has issued several temporary general orders regarding COVID-19, which, among other things, continued jury trials and provided judicial discretion to continue individual cases;

WHEREAS, the Parties wish to avoid spending unnecessary time and money in the litigation, including on discovery and motion practice, while they remain engaged in mediation and continue to address the COVID-19 situation;

WHEREFORE, the Parties STIPULATE through their counsel of record that:

1. The Court VACATE the dates and deadlines in the operative Discovery Plan and Scheduling Order [Dkt. 71];

2. While continuing the mediation with Mr. Oster's active participation, on or before September 25, 2020, the Parties shall submit to the Court a further report of the progress of the ongoing mediation, or if the mediation has failed to result in settlement, the parties will provide the Court a proposed revised Discovery Plan and Scheduling Order.

It is so STIPULATED.

Dated: August 26, 2020        LAW OFFICES OF STEVEN J. PARSONS

By: /s/ Steven J. Parsons
Steven J. Parsons
Nevada Bar No. 363
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
Tel:      702.384.9900
Fax:     702.384.5900
Email:   Steve@SJPlawyer.com

Attorneys for Plaintiff and Counter-defendant
NEVADA TITLE COMPANY

Dated: August 27, 2020                    COZEN O'CONNOR

By: /s/ Michael W. Melendez
Michael W. Melendez
Nevada Bar No. 6741
3735 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2370
Email:  mmelendez@cozen.com

Attorneys for Defendant and Counter-Claimant
ACE AMERICAN INSURANCE COMPANY

ORDER

Upon the foregoing STIPULATON of the Parties, it is hereby ORDERED:

1. That the dates and deadlines in the operative Discovery Plan and Scheduling Order [Dkt. 71] are hereby VACATED;

2. The Parties shall submit to the Court on or before September 25, 2020 a further status report on the ongoing mediation or if the mediation has failed to result in settlement, the parties will provide the Court a proposed revised Discovery Plan and Scheduling Order.

It is so ORDERED.

Dated: 9-2-2020

_____
U.S. MAGISTRATE JUDGE