1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 – (fax)
   Steve@SJPlawyer.com
5
   Cecilia O. Miller
6       (CA Bar No. 211111) (*pro hac vice*)
   Zhasmina Y. Kolarova
7       (CA Bar No. 328751) (*pro hac vice*)
   BUCHALTER, APC
8  655 W Broadway Ste 1600
   San Diego, CA 92101-8494
9  (619) 219-5335
   (619) 219-5344 – fax
10 cmiller@buchalter.com
   zkolarova@buchalter.com
11
   Attorneys for Plaintiff and Counter-defendant
12 FIRST AMERICAN TITLE INSURANCE CO.,
   as successor in interest to
13 NEVADA TITLE COMPANY

14                 UNITED STATES DISTRICT COURT

15                     DISTRICT OF NEVADA

16 FIRST AMERICAN TITLE INSURANCE CO., a      Case No. **2:18-cv-1823-GMN-(VCF)**
   Nebraska corporation, as successor in
17 interest to **NEVADA TITLE COMPANY**,       **THE PARTIES' STATUS REPORT, AND
                                               STIPULATION TO SEEK THE COURT'S
18         Plaintiff,                          ORDER, AND (PROPOSED) ORDER:**

19 vs.                                         **TO CONTINUE THE DEADLINE FOR THE
                                               PARTIES TO FILE THE JOINT PRETRIAL
20 ACE AMERICAN INSURANCE COMPANY, a          ORDER, AND OTHER PRETRIAL MATTERS**
   Pennsylvania corporation,                   (First Request)
21
           Defendant.
22 _____/

23 AND COUNTER-CLAIM.

   _____/
24

25         Plaintiff/Counter-Defendant **FIRST AMERICAN TITLE INSURANCE COMPANY** ("FATICO"

26 or "Plaintiff and Counter-defendant"), as successor in interest to **NEVADA TITLE COMPANY**,

27 by its counsel, Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, and



Defendant/Counter-claimant **ACE AMERICAN INSURANCE COMPANY** ("ACE" or "Defendant and Counter-claimant") by its counsel, Michael W. Melendez and Teri Mae Rutledge of KENNEDYS CMK LLP, (together, the "Parties"), hereby agree and stipulate to seek the Court's Order permitting the parties to defer filing of the Joint Pretrial Order ("JPTO") for an additional seven (7) days, but not more than fourteen (14) days.

By the Court's Order the JPTO is due today, October 30, 2023 (ECF 153). The Parties propose that the new deadline for the JPTO is not earlier than Tuesday, November 7, 2023 nor later than Tuesday, November 14, 2023.

The Parties have substantively corresponded extensively, met, and conferred since the Court's Order (ECF 153), and have continued to cooperate fully in preparing the JPTO and in otherwise complying with LR 16-3 and 16-4, and in getting all pretrial matters completed.

This Stipulation, the status of matters underlying the stipulation and request to enlarge the deadline for filing the JPTO, and the other relief and matters set forth herein, is upon good cause shown, and is submitted in the best interests of justice, in the Parties' best interests, and is not merely for the purposes of delay.

<u>STATUS REPORT and PROPOSED ACTIONS</u>

1.   <u>Expert Discovery Remains to Be Completed</u>

a.   The depo of Plaintiff's expert, Professor Jeffery Stempel, of the Boyd School of Law at UNLV, is confirmed for Wednesday, November 29, 2023, by remote video starting not earlier than 10 am, PT, and will not take longer than the seven-hour presumed limit.

b.   Plaintiff awaits from Defendant proposed dates and time for Plaintiff's depo of Defendant's title expert, Marc Brooks, which will be in the late November-early December time.

These two (2) depositions encompass the final deposition discovery the Parties propose. The Parties endeavored to complete all discovery by the present deadline of October 27, 2023. However, the extensive travel and other professional commitments of all of the expert witnesses, and Defendant's counsel changing firms earlier in the summer schedule,



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
<u>*Info@SJPlawyer.com*</u>

1   necessitated the ongoing cooperation and agreement to conduct these remaining depositions

2   as soon as possible.

3       The Parties agree to liberal amendment and supplementation of the JPTO in a

4   reasonable time after the final depositions.

5       2.   <u>A Stipulation on the Court's Consideration of Plaintiff's Claim of Attorney's Fees</u>

6           <u>and Costs Is Forthcoming</u>.

7       a.   The Parties have worked extensively to complete a stipulation regarding the

8   Court's consideration of Plaintiff's claim of attorney's fees and costs. The Parties reasonably

9   believe that the final agreement can be accurately set out in the JPTO. The agreement

10  regarding the Court's consideration of Plaintiff's claim for attorney's fees will result in an

11  orderly preparation of that part of Plaintiff's claim and Defendant's defense of the claim, and

12  it will result in economies to the Parties and the Court.

13      3.   <u>The Parties Have Agreed to Another Round of ADR</u>

14      a.   The Parties met and upon the initiative of Plaintiff's attorney, the attorneys who

15  will try the case and who are authorized to make binding stipulations have personally

16  discussed settlement, and have agreed to seek ADR, in compliance of LR 16(3)(b).  Plaintiff

17  awaits Defendant's further ADR proposal.

18      The Parties shall:

19      i.   seek ADR simultaneously with proceeding to prepare and file the JPTO;

20      ii.   get the court's approval of the JPTO;

21      iii.   finish the expert discovery;

22      iv.   supplement the JPTO regarding the deposition discovery of the two

23          remaining experts; and

24      v.   keep the Court informed of the simultaneous, parallel tracks, and the

25          Parties' efforts of ADR and in this litigation, and any change of status.

26      4.   <u>The JPTO Is Being Completed in Cooperation Between the Parties</u>

27      After earlier telephonic discussions, Plaintiff submitted to Defendant its draft of the



10091 Park Run Drive, Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

1   JPTO on October 27, 2023, which draft included most but not all of the information due from

2   Plaintiff to be set out in the JPTO.  By agreement, Plaintiff seeks the return of Defendant's

3   draft of an *integrated* JPTO, which will include Defendant's information, as well as the

4   information provided by Plaintiff, hopefully early this week.  The process of collaborating on the

5   final version of the JPTO will be undertaken immediately, and submitted in final form containing

6   as much agreed-to and stipulated entries as the Parties can provide the Court – with the

7   exception of that part of the JPTO relevant to the remaining two expert's depos – not later than

8   the deadline sought in this Stipulation by the Parties in the Court's Order.

9       Dated: Tuesday, October 31, 2023.

10  LAW OFFICES OF STEVEN J. PARSONS                    KENNEDYS CMK LLP

11  /s/ Steven J. Parsons                                /s/ Teri Mae Rutledge
    STEVEN J. PARSONS                                    TERI MAE RUTLEDGE
12  Nevada Bar No. 363

13  Attorney for Plaintiff and Counter-defendant         Attorneys for Defendant and
    **NEVADA TITLE COMPANY**                             Counterclaimant
14                                                       **ACE AMERICAN INSURANCE COMPANY**

15                          <u>ORDER</u>

16      Upon the Parties' foregoing stipulation, and good cause appearing,

17  **IT IS SO ORDERED.**  New JPTO deadline is Monday, November 13, 2023

18  Dated:  Oct 31, 2023

19  _____
    **U.S. DISTRICT JUDGE**

20

21

22

23

24

25

26

27



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*