Michael W. Melendez (Nevada Bar No. 6741)
Michael.Melendez@kennedyslaw.com
Teri Mae Rutledge (*Admitted Pro Hac Vice*)
TeriMae.Rutledge@kennedyslaw.com
KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105
Tel:   (415) 323-4481
Fax:   (415) 323-4445

Attorneys for Defendant and Counterclaimant
ACE AMERICAN INSURANCE COMPANY

James A. Beckstrom (Nevada Bar No. 14032)
jb@beckstromlaw.com
BECKSTROM & BECKSTROM
400 S. 4th Street, Suite 650
Las Vegas, NV 89101
Tel:   (725) 300-0599
Fax:   (725) 300-0261

*Attorney Designated for Service of Process*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE CO., a Nebraska corporation, as successor in interest to Nevada Title Company,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:18-cv-01823-GMN-VCF<br><br>**THE PARTIES' STIPULATION [SECOND] FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRETRIAL ORDER** |

Plaintiff First American Title Insurance Company ("First American") as successor-in-interest to Nevada Title Company ("NTC") (collectively, "Plaintiff") and ACE American Insurance Company ("ACE") hereby stipulate and seek the Court's Order extending time to submit the joint pretrial order ("JPTO") until Monday, November 20, 2023.  Additionally, the parties seek to extend the time to submit evidentiary objections in Sections VII(a) and VII(b) of the joint pretrial order until after the

1

THE PARTIES' STIPULATION [SECOND] FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRETRIAL ORDER
Case No. 2:18-cv-01823-GMN-VCF

completion of mediation, which the parties are presently in the process of scheduling.

The Parties have corresponded extensively and met and conferred, and have continued to cooperatively prepare the JPTO in exchanging drafts that incorporate the Parties' input and in complying with LR 16-3 and LR 16-4 in getting pretrial matters completed. ACE has represented that it needs additional time to complete the JPTO, and Plaintiff does not oppose the request.

The Parties agree that the extension is necessary to complete mediation in advance of an agreed-upon trial date. This extension is not requested for any purpose of delay. By the Court's Order, the JPTO was due November 13, 2023.

The Parties agreed upon a mediator to accomplish pre-trial mediation, and dates in December 2023 and January 2024 were offered the Parties by the mediator's staff. Surprisingly, the mediator has now indicated he is not available. The Parties are working to find a new agreed-upon mediator. Plaintiff has provided further potential mediators, whom the Defendant is considering.

This stipulation and request to enlarge the deadline for portions of the JPTO is upon good cause shown and is submitted in the best interest of justice and is in the Parties' best interests.

Respectfully submitted,

DATED: November 16, 2023         KENNEDYS CMK LLP

By: /s/ Michael W. Melendez
Michael W. Melendez

LAW OFFICES OF STEVEN J. PARSONS

/s/Steven J. Parsons
Steven J. Parsons

*Attorneys for Plaintiff*

FIRST AMERICAN TITLE INSURANCE CO., a Nebraska corporation, as successor in interest to Nevada Title Company

Dated: November 16, 2023         _____
U.S. DISTRICT JUDGE

2

THE PARTIES' STIPULATION [SECOND] FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRETRIAL ORDER
Case No. 2:18-cv-01823-GMN-VCF