| | |
|---|---|
| 1 | Steven J. Parsons |
| | Nevada Bar No. 363 |
| 2 | LAW OFFICES OF STEVEN J. PARSONS |
| | 10091 Park Run Dr Ste 200 |
| 3 | Las Vegas, NV 89145-8868 |
| | (702) 384-9900 |
| 4 | (702) 384-5900 – (fax) |
| | Steve@SJPlawyer.com |
| 5 | |
| | Cecilia O. Miller |
| 6 | (CA Bar No. 211111) (*pro hac vice*) |
| | Zhasmina Y. Kolarova |
| 7 | (CA Bar No. 328751) (*pro hac vice*) |
| | BUCHALTER, APC |
| 8 | 655 W Broadway Ste 1600 |
| | San Diego, CA 92101-8494 |
| 9 | (619) 219-5335 |
| | (619) 219-5344 – fax |
| 10 | cmiller@buchalter.com |
| | zkolarova@buchalter.com |
| 11 | |
| | Attorneys for Plaintiff and Counter-defendant |
| 12 | FIRST AMERICAN TITLE INSURANCE CO., |
| | as successor in interest to |
| 13 | NEVADA TITLE COMPANY |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| 16 | FIRST AMERICAN TITLE INSURANCE CO., a Nebraska corporation, as successor in interest to NEVADA TITLE COMPANY, | Case No. 2:18-cv-1823-GMN-(VCF) |
| 18 | Plaintiff, | THE PARTIES' STIPULATION (and proposed Order) OF DISMISSAL, WITH PREJUDICE |
| 19 | vs. | |
| 20 | ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| 22 | Defendant. _____/ | |
| 23 | AND COUNTER-CLAIM. _____/ | |

Plaintiff/Counter-Defendant **FIRST AMERICAN TITLE INSURANCE COMPANY** ("**FATICO**" or simply "Plaintiff"), as successor in interest to **NEVADA TITLE COMPANY**, by Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, its counsel, and Defendant/Counter-claimant **ACE**



1  **AMERICAN INSURANCE COMPANY** ("ACE" or simply "Defendant") by its counsel, Michael W.

2  Melendez, of KENNEDYS CMK LLP, (together, the "Parties"), upon fully settling all of the disputes

3  between them, hereby agree and stipulate that Plaintiff/Counter-Defendant's Complaint and

4  Defendant/Counter-Claimant's Counter-Claims are all to be dismissed, with prejudice, and the

5  entire case be closed, with each party to pay its own attorneys' fees and costs of suit.

6       Dated: March 6, 2024.

7  LAW OFFICES OF STEVEN J. PARSONS                KENNEDYS CMK LLP

8  /s/ Steven J. Parsons                          /s/ Michael W. Melendez
   STEVEN J. PARSONS                              MICHAEL W. MELENDEZ
9  Nevada Bar No. 363                             Nevada Bar No. 6741

10 Attorney for Plaintiff and Counter-defendant   Attorneys for Defendant and
   **FIRST AMERICAN TITLE INSURANCE CO.,**        Counterclaimant
11 as successor to **NEVADA TITLE COMPANY**       **ACE AMERICAN INSURANCE COMPANY**

12                                **ORDER**

13       Upon the Parties' foregoing Stipulation, the terms and conditions of the Stipulation

14 being in the best interests of the Parties, the Court, and in the interests of justice, and good

15 cause appearing,

16       **IT IS ORDERED** that Plaintiff/Counter-Defendant's Complaint is dismissed, and

17 Defendant/Counter-Claimant's Counterclaim is dismissed, each and all with prejudice, that this

18 case is closed, and that each party is to bear its own attorneys' fees and costs of suit.

19       Dated: March 6, 2024.

20                                               Gloria M. Navarro
                                                 U.S. DISTRICT JUDGE
21

